# United States District Court
# Central District of California

| | |
|---|---|
| VOYTEK SIWIEC, | CV 12-6410-CBM (MANx) |
| Plaintiffs, | |
| v. | Order [JS-6] |
| ANITA SCHU-CHIAM SHYUN SUN, *et al.*, | |
| Defendants. | |

Based on the Joint Stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that this matter against Defendant SARA ELLA MAITA is dismissed with prejudice and against Defendant ANITA SCHU-CHIAM SHYUN SUN is hereby dismissed without prejudice.

Date: Jan. 7, 2014

_____
Consuelo B. Marshall
Senior United States District Judge